Certificate Number: 16339-PAE-DE-039885735

Bankruptcy Case Number: 20-12704



16339-PAE-DE-039885735

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 19, 2025</u>, at <u>12:16</u> o'clock <u>PM EDT</u>, <u>Rasul Mustapayev</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>July 19, 2025</u>

By:   <u>/s/Kelley Tipton</u>

Name:   <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>