United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-12704-djb
Rasul K. Mustapayev  Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Aug 26, 2025 | Form ID: 138OBJ | Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rasul K. Mustapayev, 2004 Beyer Avenue, Philadelphia, PA 19115-4705 |
| 14512694 | + | BMO Harris Bank NA, PO Box 3083, Cedar Rapids, IA 52406-3083 |
| 14536093 | #+ | BMO Harris Bank NA, c/o James K. Haney, Esq., WONG FLEMING, P.C., 821 Alexander Road, Suite 200, Princeton, NJ 08540-6352 |
| 14525663 | + | Banc of America Leasing & Capital, LLC, c/o Shannon J. Posner, Esquire, Law Offices of Shannon J. Posner, P.A., Executive Plaza I - Suite 700, 11350 McCormick Road Hunt Valley, MD 21031-1002 |
| 14517425 | + | Banc of America Leasing & Capital, LLC, c/o SHANNON J. POSNER, P.A., Executive Plaza I Suite 700, 11350 McCormick Road, Hunt Valley, Maryland 21031-1002 |
| 14512691 | + | Banc of America, LLC, 135 S. Lasalle Street, Chicago, IL 60674-1000 |
| 14512703 | + | DLL Financial Solutions, 1111 Old Eagle School Lane, Wayne, PA 19087-1453 |
| 14512710 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14526020 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., PURCELL, KRUG & HALLER, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14512713 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14512714 | + | Shannon Posner, Esq., 11350 McCormickRoad, Suite 700--Ex. Plaza I, Hunt Valley, MD 21031-1002 |
| 14533663 | + | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance, Po Box 954238, St. Louis MO 63195-4238 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 27 2025 03:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2025 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14512690 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2025 02:07:02 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14520669 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2025 03:10:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14529161 | | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 27 2025 03:53:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 14521342 | | Email/Text: notices@bkservicing.com | Aug 27 2025 03:53:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14514510 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Aug 27 2025 03:53:00 | BMO Harris Bank N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 14536013 | ^ | MEBN | Aug 27 2025 01:27:02 | BMO Harris Bank N.A., 111 W. Monroe Street, Chicago, IL 60603-4095 |
| 14576463 | ^ | MEBN | Aug 27 2025 01:26:57 | BMO Harris Bank N.A.,, PO Box 71951, Chicago, IL 60694-1951 |

Case 20-12704-djb    Doc 54    Filed 08/28/25    Entered 08/29/25 00:41:00    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 14512693 | ^ | MEBN | | |
| | | | Aug 27 2025 01:26:57 | BMO Harris Bank NA, PO Box 71951, Chicago, IL 60694-1951 |
| 14512692 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Aug 27 2025 03:53:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14528923 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Aug 27 2025 03:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14512699 | | Email/Text: megan.harper@phila.gov | | |
| | | | Aug 27 2025 03:53:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14512700 | | Email/Text: megan.harper@phila.gov | | |
| | | | Aug 27 2025 03:53:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14546847 | | Email/Text: megan.harper@phila.gov | | |
| | | | Aug 27 2025 03:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14512695 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 27 2025 02:43:43 | Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14512696 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 27 2025 02:08:35 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 14512697 | + | Email/Text: ecf@ccpclaw.com | | |
| | | | Aug 27 2025 03:53:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14512701 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | Aug 27 2025 03:53:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14512702 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 27 2025 03:10:37 | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14533035 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | | |
| | | | Aug 27 2025 03:53:00 | DE LAGE LANDEN FINANCIAL SERVICES, INC., 1111 Old Eagle School Rd, Wayne, PA 19087 |
| 14512705 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Aug 27 2025 03:53:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14512704 | + | Email/Text: jfeinstein@mhccna.com | | |
| | | | Aug 27 2025 03:53:00 | Engs Commercial Financ, 1 Pierce Pl Ste 1100, Itasca, IL 60143-3149 |
| 14512706 | ^ | MEBN | | |
| | | | Aug 27 2025 01:26:58 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14512707 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 27 2025 03:53:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14521786 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 27 2025 02:46:42 | JP Morgan Chase Bank NA, PO BOX 15368, Wilmington DE 19850-5368 |
| 14521609 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Aug 27 2025 03:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14529764 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 27 2025 03:10:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14524330 | | Email/Text: jfeinstein@mhccna.com | | |
| | | | Aug 27 2025 03:53:00 | Engs Commercial Finance Co., One Pierce Place, Suite 1100 West, Itasca, IL 60143 |
| 14512709 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | | |
| | | | Aug 27 2025 03:53:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy Dept, PO Box 685, Roanoke, TX 76262-0685 |
| 14512708 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | | |
| | | | Aug 27 2025 03:53:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy Dept, PO Box 5209, Carol Stream, IL 60197-5209 |
| 14512711 | | Email/Text: blegal@phfa.org | | |
| | | | Aug 27 2025 03:53:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |

Case 20-12704-djb   Doc 54   Filed 08/28/25   Entered 08/29/25 00:41:00   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 138OBJ | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14527875 | + | Email/Text: blegal@phfa.org | Aug 27 2025 03:53:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14512712 | + | Email/Text: bankruptcy@philapark.org | Aug 27 2025 03:53:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14512715 | | Email/Text: DASPUBREC@transunion.com | Aug 27 2025 03:53:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14533333 | + | Email/Text: misty.hoefs@usbank.com | Aug 27 2025 03:53:00 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 14512716 | + | Email/Text: misty.hoefs@usbank.com | Aug 27 2025 03:53:00 | US BankFinance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 14512717 | | Email/Text: BKRMailOps@weltman.com | Aug 27 2025 03:53:00 | Weltman, Weinberg & Reis Co., LPA, 3705 Marlane Drive, Grove City, OH 43123-8895 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14512698 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES KEVIN HANEY | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com sfiorentino@wongfleming.com,sshalloo@wongfleming.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rasul K. Mustapayev help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 26, 2025 | Form ID: 138OBJ | Total Noticed: 50 |

SHANNON J. POSNER
    on behalf of Creditor Banc of America Leasing & Capital LLC sjposner@posner-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

Form 138OBJ (6/24)−doc 53 − 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Rasul K. Mustapayev )   Case No. 20−12704−djb
    )
    )
   Debtor(s). )   Chapter: 13
    )
    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 26, 2025                                                      For The Court

                                                                                         Timothy B. McGrath
                                                                                         Clerk of Court